IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ETHAN THOMAS COMMINS,

      Appellant,

v.

Case No.  5D22-985
LT Case No. 2018-CF-57891-AX

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 14, 2022

Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

We affirm Appellant's convictions and sentences that were imposed by the trial court. We do so, however, without prejudice to Appellant timely seeking postconviction relief, if he can do so in good faith. *See generally Lee v. State*, 258 So. 3d 1297 (Fla. 2018); *State v. Shelley*, 176 So. 3d 914 (Fla. 2015).

AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.